**Order entered July 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00054-CV

### KWIK INDUSTRIES, INC. AND RAY ELLIS, Appellants/Cross-Appellees

### V.

### ROCK PRAIRIE HOLDINGS, LTD., CENTEX KWIK CARE, INC., BILL LOFTON, JAMES LOFTON, WILL-WALL ENTERPRISES, INC., MITZI WILLIS, AND DR. CHARLES E. WILLIS, II, Appellees/Cross-Appellants

### On Appeal from the 162nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 05-10901

## ORDER NUNC PRO TUNC

The motion for extended argument, filed on July 24, 2014 by appellees Rock Prairie Holdings, Ltd., Centex Kwik Care, Inc., Bill Lofton, and James Lofton, and cross-appellants Will-Wall Enterprises, Inc., Mitzi Willis, and Dr. Charles E. Willis, II, is **DENIED.**

/s/     MOLLY FRANCIS
         PRESIDING JUSTICE